

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2018

No. 04-18-00351-CV

**IN THE INTEREST OF R.G.M.R.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01101
Honorable Richard Garcia, Associate Judge Presiding

**ORDER**

This appeal is DISMISSED. Because appellant is indigent, no costs of this appeal are assessed.

It is so **ORDERED** on July 18, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2018.

_____
Keith E. Hottle, Clerk of Court